UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


MAGDALIZ. L. NEGRON

    Plaintiff,

V().                                             CIVIL ACTION NO.
                                                    3:08 CV 182 (CFD)

MALLON CHEVROLET, INC.

    Defendant.                                  MAY 20, 2008


MOTION TO WITHDRAW
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

    The Plaintiff requests that document number 11, Notice of Voluntary Dismissal, be withdrawn as it was prepared and filed in error.

    Plaintiff intended to withdraw another case pending in U.S.D.C. of Connecticut known as, Negron, et al v. Falvey's Motors, Inc. 3:08CV312 (AVC).


                                            THE PLAINTIFF

                                         BY/S/Bernard T. Kennedy
                                          Bernard T. Kennedy, Esq.
                                          157 Pine Orchard Road
                                          Branford, CT 06405
                                          Ph   (410) 305-4000
                                          Fax (410) 305-4005
                                          Fed. Bar # ct00680
                                          bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 5/20/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy