UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAGDALIZ L. NEGRON           :

   vs.                                          :           CASE NO. 3:08CV182(TPS)

MALLON CHEVROLET, INC.    :

JUDGMENT

This action came to trial before the Court by the Honorable Thomas P. Smith, United States Magistrate Judge.  The issues having been tried and a Memorandum of Decision having been rendered in favor of the plaintiff on her claims under the Truth in Lending Act in the amount of $1,000.00, and for the defendant on plaintiff's claims under the Connecticut Unfair Trade Practices Act, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff on her claims under the Truth in Lending Act in the amount of $1,000.00, it is further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant on plaintiff's claims under the Connecticut Unfair Trade Practices Act.

Dated at Hartford, Connecticut, this 1st day of December, 2011.

                                                ROBIN D. TABORA, Clerk

                                                By _____/s/_____
                                                    Barbara Sunbury
                                                    Deputy Clerk

EOD   12/1/11