UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAGDALIZ L. NEGRON

    Plaintiff,

v.                     CIVIL ACTION NO.
                      3:08CV 182 (TPS)

MALLON CHEVROLET, INC.

    Defendant.             December 16, 2011

## PLAINTIFF'S FEE APPLICATION

Plaintiff applies for an award of fees and costs against defendant in the sum of $59.543.18. This Court entered judgment against defendant in the amount of $1,000, for violation of the Truth in Lending Act [Doc. No. 49, page 6]. The only remaining issue is the fee award.

Counsel Bernard T. Kennedy and Michael W. Kennedy submit a memorandum and an affidavit as to time and experience herewith.

THE PLAINTIFF
BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph (443) 607-8901
Fax (443) 607-8903
Fed. Bar # CT00680
bernardtkennedy@yahoo.com

## CERTIFICATION

I hereby certify that on 12/16/2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy